DLM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | |
| v. | C.A. No. CA 07 269ML |
| CAPITAL CITY CONCRETE, INC., Defendant. | |

**COMPLAINT**

Introduction

1. This is an action to compel payments of contributions, interest, and penalties to multi-employer pension and benefit plans, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq. and to compel payment of dues to a labor union under a collective bargaining agreement, pursuant to the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, as well as state law.

Parties and Jurisdiction

2. Plaintiff Plasterers' and Cement Masons' Local 40 Pension Fund ("Pension Fund") is multi-employer pension plan within the meaning of ERISA, 29 U.S.C. §§ 1002(2) and (37).

3. Plaintiff Plasterers' and Cement Masons' Local 40 Annuity Fund ("Annuity Fund") is a multi-employee pension plan within the meaning of ERISA, 29 U.S.C. §§ 1002(2) and (37).

4. Plaintiff Plasterers' and Cement Masons' Local 40 Health and Welfare Fund ("Welfare Fund") is multi-employer benefit plan within the meaning of ERISA, 29 U.S.C. §§ 1002(1) and (37).

5. Plaintiff Plasterers' and Cement Masons' Local 40 Apprenticeship Fund ("Apprenticeship Fund") is multi-employer benefit plan within the meaning of ERISA, 29 U.S.C. §§ 1002(1) and (37).

6. Plaintiff Plasterers' and Cement Masons' Local 40 Industry Advancement Fund ("Industry Advancement Fund") is multi-employer benefit plan within the meaning of ERISA, 29 U.S.C. §§ 1002(1) and (37).[1]

7. Plaintiff Trustees ("Trustees") are trustees and fiduciaries of the aforementioned Funds.

8. Plaintiff Plasterers' and Cement Masons' Local 40 ("Local 40" or "the Union") is a labor union within the meaning of ERISA, 29 U.S.C. § 1002(4) and within the meaning of the LMRA, 29 U.S.C. § 152(5).

9. Plaintiff Donald Lavin is Co-Administrator of the Funds. The Funds' office is located in Cranston, Rhode Island.

10. Defendant Capital City Concrete, Inc. ("Capital City") is a corporation organized under the laws of State of Rhode Island, having its principal place of business in North Scituate, Rhode Island. Defendant has the requisite minimum contacts with the State of Rhode Island.

---

[1] The Pension Fund, Annuity Fund, Industry Advancement Fund, Health and Welfare Fund and Apprenticeship Fund are collectively referred to as "the Funds."

11. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e) and the LMRA, 29 U.S.C. §185(c). Plaintiff Local 40 also invokes this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over its state law claim.

## Facts

12. The Funds were established to provide various types of benefits, including retirement, medical, and employment training, to Local 40 members. The Funds are administered by Boards of Trustees consisting of management and union trustees.

13. Benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement between Local 40 and each employer.

14. The rights and obligations of the Plaintiff Funds and Defendant are set forth in the various Agreement and Declaration of Trusts for each Fund ("Trust Agreements").

15. The Trust Agreements provide, in relevant part, that Defendant shall submit timely and accurate payroll reports of contributions, promptly pay required contributions, and pay penalties and interest when in default.

16. The collective bargaining agreements, as aforementioned, also requires Defendant to deduct dues from members' paychecks and remit that amount to Local 40.

17. Defendant Capital City is party to a collective bargaining agreement ("CBA") which provides, in relevant part, that it shall comply with the terms of the Trust Agreements as aforesaid.

18. The CBA also required Defendant to pay contributions to the Funds for all hours of covered work it performs.

19. During the month of June, 2006, one Dennis Isom, an employee of Capital City, performed at least 39 hours of covered work for Defendant.

20. During the month of July, 2006, Dennis Isom performed at least 152 hours of covered work for Defendant.

21. During the month of August, 2006, Dennis Isom performed at least 120.5 hour of covered work for Defendant.

22. Notwithstanding the aforesaid obligations, Defendant has:

(a) Failed to submit accurate payroll reports to the Funds on behalf of Dennis Isom for the period of June 2006 through August 2006;

(b) Failed to make appropriate contributions to the Funds on behalf of Dennis Isom for the period of June 2006 through August 2006;

(c) Failed to remit appropriate dues to Local 40 on behalf of Dennis Isom for the period of June 2006 through August 2006; and

(d) Otherwise failed to comply with the terms and conditions of the CBA and Trust Agreement.

**FIRST CAUSE OF ACTION**

**(Violation of ERISA, 29 U.S.C. § 1132(a)(3) & §1145)**

23. Plaintiffs hereby incorporate Paragraphs 1 through 22 as though fully set forth herein.

24. Defendant has failed to make appropriate contributions to the Plaintiff Funds for the period of June through August 2006, and has otherwise failed to comply with the terms and conditions of the CBA and the respective Trust Agreements covering each Fund.

25. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

26. As a result of Defendant's unlawful actions, Plaintiffs have suffered and will continue to suffer severe and substantial pecuniary damage.

WHEREFORE, Plaintiffs pray that this Court grant relief as hereinafter set forth.

**SECOND CAUSE OF ACTION**

**(Violation of the Labor Management Relations Act, 29 U.S.C. § 185)**

27. Plaintiffs hereby incorporate Paragraphs 1 though 26 as though set forth herein.

28. Defendant has failed to remit the dues that were deducted from members' paychecks during the period June 2006 to August 2006 to Local 40, in violation of the terms of the collective bargaining agreement.

29. By the aforesaid acts and omissions, Defendant has violated the LMRA, 29 U.S.C. § 185.

30. As a result of Defendant's unlawful actions, Plaintiffs have suffered and will continue to suffer severe and substantial pecuniary damage.

WHEREFORE, Plaintiffs pray that this Court grant relief as hereinafter set forth.

**THIRD CAUSE OF ACTION**

**(Violation of R.I.G.L. § 28-14-7 )**

31. Plaintiffs hereby incorporate Paragraphs 1 though 30 as though set forth herein.

32. Defendant has failed to remit the dues that were deducted from members' paychecks during the period June 2006 to August 2006 to Local 40, in violation of the terms of the collective bargaining agreement.

33. By the aforesaid acts and omissions, Defendant has violated the Rhode Island Payment of Wages statute, R.I.G.L. §§ 28-14-3 & 28-14-3.1.

34. As a result of Defendant's unlawful actions, Plaintiffs have suffered and will continue to suffer severe and substantial pecuniary damage.

WHEREFORE, Plaintiffs pray that this Court grant relief as hereinafter set forth.

**PRAYER FOR RELIEF**

Plaintiffs pray that this Honorable Court grant the following relief:

(a) Award Plaintiff Funds the unpaid contributions, interest on the unpaid contributions, liquidated damages and attorneys' fees and costs, pursuant to 29 U.S.C. §1132(g)(2);

(b) Order Defendant to remit members' dues to Plaintiff Local 40, and award Plaintiff Local 40 interest, penalties, attorneys' fees and costs, pursuant to R.I.G.L. § 28-14-3.1; and

(c) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: July 11, 2007