UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS' AND CEMENT MASONS LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

vs. C.A. No. 07-269 ML

CAPITAL CITY CONCRETE, INC.
Defendant

**ANSWERTO COMPLAINT**

Defendant, Capital City Concrete, Inc., for its Answer to the Complaint, hereby responds to the numbered paragraphs as follows:

**Introduction**

1. Defendant neither admits nor denies the allegations as set forth in Paragraph 1 of the Complaint, but rather leaves Plaintiffs to their proof.

**Parties and Jurisdiction**

2. Defendant neither admits nor denies the allegations as set forth in Paragraph 2 of the Complaint, but rather leaves Plaintiffs to their proof.

3. Defendant neither admits nor denies the allegations as set forth in Paragraph 3 of the Complaint, but rather leaves Plaintiffs to their proof.

4. Defendant neither admits nor denies the allegations as set forth in Paragraph 4 of the Complaint, but rather leaves Plaintiffs to their proof.

5. Defendant neither admits nor denies the allegations as set forth in Paragraph 5 of the Complaint, but rather leaves Plaintiffs to their proof.

6. Defendant neither admits nor denies the allegations as set forth in Paragraph 6 of the Complaint, but rather leaves Plaintiffs to their proof.

7. Defendant neither admits nor denies the allegations as set forth in Paragraph 7 of the Complaint, but rather leaves Plaintiffs to their proof.

8. Defendant neither admits nor denies the allegations as set forth in Paragraph 8 of the Complaint, but rather leaves Plaintiffs to their proof.

9. Defendant neither admits nor denies the allegations as set forth in Paragraph 9 of the Complaint, but rather leaves Plaintiffs to their proof.

10. Admitted.

11. Defendant neither admits nor denies the allegations as set forth in Paragraph 11 of the Complaint, but rather leaves Plaintiffs to their proof.

**Facts**

12. Defendant neither admits nor denies the allegations as set forth in Paragraph 12 of the Complaint, but rather leaves Plaintiffs to their proof.

13. Defendant neither admits nor denies the allegations as set forth in Paragraph 13 of the Complaint, but rather leaves Plaintiffs to their proof.

14. Defendant neither admits nor denies the allegations as set forth in Paragraph 14 of the Complaint, but rather leaves Plaintiffs to their proof.

15. Defendant neither admits nor denies the allegations as set forth in Paragraph 15 of

the Complaint, but rather leaves Plaintiffs to their proof.

16. Defendant neither admits nor denies the allegations as set forth in Paragraph 16 of the Complaint, but rather leaves Plaintiffs to their proof.

17. Defendant admits that it is a party to the Collective Bargaining Agreement; however, with respect to the remainder of paragraph 17 it leaves Plaintiffs to their proof.

18. Defendant neither admits nor denies the allegations as set forth in Paragraph 18 of the Complaint, but rather leaves Plaintiffs to their proof.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

**FIRST CAUSE OF ACTION**

23. Defendant repeats and realleges each and every response to the allegations contained in paragraphs 1 through 22 of the Complaint with the same force and effect as if set forth herein.

24. Denied.

25. Denied.

26. Denied.

**SECOND CAUSE OF ACTION**

27. Defendant repeats and realleges each and every response to the allegations contained in paragraphs 1 through 26 of the Complaint with the same force and effect as if set forth herein.

28. Denied.

29. Denied.

30 Denied.

**THIRD CAUSE OF ACTION**

31. Defendant repeats and realleges each and every response to the allegations contained in paragraphs 1 through 30 of the Complaint with the same force and effect as if set forth herein.

32. Denied.

33. Denied.

34. Denied.

**WHEREFORE**, Defendant demands that:

(a) judgment be entered in Defendant's favor dismissing all of Plaintiffs' claims against it with prejudice;

(b) this Court award Defendant its attorneys' fees and costs in defending this action; and

(c) this Court award Defendant such other relief as this Court deems just and proper.

**FIRST AFFIRMATIVE DEFENSE**

Defendant pleads the defense of material breach.

**SECOND AFFIRMATIVE DEFENSE**

Defendant pleads the defense of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

Defendant pleads the defense of estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

Defendant pleads the defense of waiver.

**Defendant hereby designates Giovanni La Terra Bellina, Esq. as trial counsel.**

Capital City Concrete, Inc.
Defendant,
By its Attorneys,

/s/ Giovanni La Terra Bellina
Giovanni La Terra Bellina, Esq. # 6070
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: jlaterra@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2007 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852

/s/ Giovanni La Terra Bellina