UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLASTERERS' AND CEMENT MASONS LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

vs. C.A. No. 07-269 ML

CAPITAL CITY CONCRETE, INC.
Defendant

**SUGGESTION OF BANKRUPTCY**

The undersigned, counsel for Capital City Concrete, Inc., in the above captioned-matter hereby suggests upon the record that Defendant, Capital City Concrete, Inc., has filed for bankruptcy during the pendency of this action.

Capital City Concrete, Inc.
Defendant,
By its Attorneys,

/s/ Giovanni La Terra Bellina
Giovanni La Terra Bellina, Esq. # 6070
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: jlaterra@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852

/s/ Giovanni La Terra Bellina